FILED: October 1, 2014

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 14-4360
(3:12-cr-00113-RJC-2)
_____

UNITED STATES OF AMERICA

      Plaintiff - Appellee

v.

LORENZO MALLORAL LOPEZ

      Defendant - Appellant

_____

O R D E R
_____

The court grants an extension of the briefing schedule as follows:

Response brief due: 11/03/2014

Any reply brief permitted within 10 days from service of response brief.

For the Court--By Direction

/s/ Patricia S. Connor, Clerk